

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN ALVAREZ GOTTWALD and AXIOM, S.A. DE C.V., | § | No. 08-16-00044-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 171st District Court |
| | § | |
| ROSA DELGADO DOMINGUEZ DE CANO, LUCIO MARIO CANO BARRAZA, MARIO SERGIO DELGADO DOMINGUEZ, BLANCA DELGADO DE URQUIDI, AND PATRICIA ALVARES OZUNA, | § | of El Paso County, Texas |
| | § | (TC# 2013DCV4096) |
| | § | |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The judgment of the Court issued on July 13, 2018 is withdrawn and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was error in the trial court's order granting Appellees' motion to dismiss for *forum non conveniens*. We therefore reverse the judgment of the court below and remand the case to the trial court for further proceedings consistent with this opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF JANUARY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.